United State District Court     for the     Northern District of Georgia

**PLAINTIFF: (S)** Kevin Barden

V,

**DEFENDANT: (S)** Dynamic Solutions, LLC

| PERSONAL SERVICE | CORPORATE SERVICE | X | GOVERNMENT SERVICE | | SUBSTITUTE SERVICE |
|---|---|---|---|---|---|

Skaar & Feagle, LLP – **Civil Action:** 1:14-CV-3829

### AFFIDAVIT OF SERVICE

**PERSONALLY** appeared before me one, Clarence Portee, who first being duly sworn, deposes and says that.

On the 15th day of December 2014 at 2:20 pm, deponent served on the defendant: Dynamic Solutions, LLC., via: Nation Registered Agents, Inc. via: Ms. Pam Johnson(Receptionist), individual as authorized agent authorized to accept legal civil process for the defendant with a: **Summons in a Civil Action, Complaint for Damages, Instructions regarding Pretrial Proceedings**

(2) **Service of the defendant was affected at the address:** 2 Office Park, Columbia, South Carolina 29223

(3) The general physical description on the individual is as follows:

| Race | White | Sex | Female | Age | 43-47 | HGT | 5-10 | WGT | 175-185 |
|---|---|---|---|---|---|---|---|---|---|

(4) The person to whom the process has been delivered has retained the original/certified copy thereof; and the deponent is at least 18 years of age and is not a party to the action.

SWORN to before me this
15th Day of December, 2014

_Eleose Leggette_
NOTARY PUBLIC FOR SOUTH CAROLINA
My commission expires: October 26, 2019

Server: _[signature]_
Clarence Portee
Clarence Portee Process & Investigation Services
P.O. Box 50872
Columbia, South Carolina 29250-0872

United States District Court           for the           Northern District of Georgia

Plaintiff(s) Kevin Barden

v.

Defendant(s) Dynamic Solutions, LLC

[ ] PERSONAL SERVICE  [ ] CORPORATE SERVICE  [X] GOVERNMENT SERVICE  [ ] SUBSTITUTE SERVICE

Sloane & Froglia, LLP — Civil Action 1:14-CV-3829

## AFFIDAVIT OF SERVICE

PERSONALLY appeared before me one Clarence Fortee, who first being duly sworn, deposes and says that:

(1) On the 17th day of December 2014 at 2:20 pm, deponent served on the defendant, Dynamic Solutions, LLC, via Nathan Rogers of Agincourt, via Mr. Pam Johns (of Receptionist), and who is authorized agent authorized to accept legal civil process for the defendant, with a Summons in a Civil Action, Complaint for Damages, instructions, regarding from civil proceedings.

(2) Service of the foregoing was effected at the address: 2 Office Park, Columbia, South Carolina 29223

(3) The general physical description on the individual is as follows:

| Race | Sex | | Age | | HGT | WGT |
|---|---|---|---|---|---|---|
| White | Female | | 45-47 | 5-10 | | 175-185 |

(4) The person to whom the process has been delivered has retained the within and other copy thereof, and the deponent is at least 18 years of age and is not a party to the action.

SWORN to before me this
_____ day of _____, 2014

_____
NOTARY PUBLIC FOR SOUTH CAROLINA
My commission expires:

Server:
_____
Clarence Fortee
Clarence Fortee Process & Investigation Services
P.O. Box 50872
Columbia, South Carolina 29250-0872

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dynamic Recovery Solutions, LLC
was received by me on *(date)* 12-14-14

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tam Johnson , who is
designated by law to accept service of process on behalf of *(name of organization)* Dynamic
Recovery Solutions, LLC on *(date)* 12-15-14 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12-16-14

*Server's signature*

Clarence Portee
*Printed name and title*

P.O. Box 50872, Columbia, SC 29250
*Server's address*

Additional information regarding attempted service, etc:

## PROOF OF SERVICE

(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any)

was received by me on (date)

☐ I personally served the summons on the individual at (place)

on (date) ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)

☐ I served the summons on (name of individual) , who is designated by law to accept service of process on behalf of (name of organization)

on (date) ; or

☐ I returned the summons unexecuted because ; or

☐ Other (specify):

My fees are $ for travel and $ for services, for a total of $

I declare under penalty of perjury that this information is true.

Date:

Server's signature

Server's address

Additional information regarding attempted service, etc: